Michael S. Agruss (SBN: 259567)
KROHN & MOSS, LTD.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x235
Fax: 866-620-2956
magruss@consumerlawcenter.com
Attorneys for Plaintiff,
KATHLEEN SOSWA

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| KATHLEEN SOSWA, | Case No.: LACV-11-6732 |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| ACCOUNTS RECEIVABLE MANAGEMENT, INC., | |
| Defendant. | |

NOW COMES the Plaintiff, KATHLEEN SOSWA, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

- 1 -

Notice of Settlement

1   DATED: August 29, 2011          KROHN & MOSS, LTD.

                                By: /s/ Michael S. Agruss

                                     Michael S. Agruss
                                     Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. I further certify that on August 29, 2011, I served all counsel of record with a copy of this document by way of electronic mail to the address below;

Tom Novak

tnovak@arm1.com

Counsel for Defendant.

                                 By:   /s/ Michael S. Agruss

                                       Michael S. Agruss, Esq.