Michael S. Agruss (SBN: 259567)
KROHN & MOSS, LTD.
10 N Dearborn St 3rd Floor
Chicago IL 60602
Tel: 323-988-2400 x235
Fax: 866-620-2956
magruss@consumerlawcenter.com
Attorneys for Plaintiff,
KATHLEEN SOSWA

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | | |
|---|---|---|
| KATHLEEN SOSWA, | ) | Case No.: LACV-11-6732 |
| Plaintiff, | ) | **VOLUNTARY DISMISSAL** |
| v. | ) | |
| ACCOUNTS RECEIVABLE, | ) | |
| MANAGEMENT, INC. | ) | |
| Defendant. | ) | |

**<u>VOLUNTARY DISMISSAL WITH PREJUDICE</u>**

Plaintiff, KATHLEEN SOSWA, by and through her attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: November 7, 2011                    KROHN & MOSS, LTD.

                                By:/s/ Michael S. Agruss

                                Michael S. Agruss
                                Attorney for Plaintiff,
                                KATHLEEN SOSWA

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2011, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. I further certify that on November 7, 2011, I served all counsel of record with a copy of this document by way of electronic mail to the address below;

Tom Novak

tnovak@arm1.com

Counsel for Defendant.


By:   /s/ Michael S. Agruss

Michael S. Agruss, Esq.